**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

CAED BRAWNER,

    Plaintiff,

v.                                          CASE NO. 4:11cv247-MP-GRJ

EDWIN BUSS, et al.,

    Defendants.

_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 10, 2011.  (Doc. 7).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's complaint (doc. 1) is DISMISSED, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

    **DONE and ORDERED** this 22nd day of November, 2011.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS
                                              CHIEF UNITED STATES DISTRICT JUDGE**